| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leung, Tony N. | District Court - Minnesota | 08/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination Date ☐ Initial ✓ Annual ☐ Final 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

342 U.S. Courthouse
316 N. Robert Street
St. Paul, MN 55101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Directors and Vice President | Twin Cities RISE! |
| 2. | Advisory Board Member | Wishes & More |
| 3. | Chairperson | Yale Alumni Schools Committee of Minneapolis |
| 4. | Advisory Board Member | Northern Star Council, BSA |
| 5. | Associate Board Directors | Lakewood Cemetery Association |
| 6. | Co-Vice President of Subcommittee | Minnesota Chapter of Federal Bar Association |
| 7. | Fellow | American Bar Foundation |
| 8. | Advisory Board Member | Minnesota National Asian Pacific American Bar Association |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Minnesota State Judges Retirement Plan (NO CONTROL, pension plan), managed by Minnesota State Retirement System ("MSRS") |
| 2. | 2013 | Minnesota Deferred Compensation Plan TNLwith Minnesota State Retirement System |
| 3. | 2013 | Health Care Savings Plan with Minnesota State Retirement System |

| Name of Person Reporting | Date of Report |
|---|---|
| Leung, Tony N. | 08/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Special School District No. 1, Minneapolis, MN, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leung, Tony N. | 08/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leung, Tony N. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account CS1 | | | | | | | | | |
| 2. -WR UNACX Adv Accumulative A | A | Dividend | K | T | | | | | |
| 3. -WR UNCGX Adv Intl Growth | A | Dividend | K | T | | | | | |
| 4. -WR UNVGX Adv Vanguard A | A | Dividend | L | T | Sold (part) | 10/07/13 | J | C | |
| 5. -Cash and Schwab Money Market | A | Interest | J | T | | | | | |
| 6. Brokerage Account CS2 | | | | | | | | | |
| 7. -Schwab Inflation SWRSX | A | Dividend | J | T | | | | | |
| 8. -Cash and Schwab Money Market | A | Interest | J | T | | | | | |
| 9. Brokerage Account CS3 | | | | | | | | | |
| 10. -Schwab Inflation SWRSX | A | Dividend | J | T | | | | | |
| 11. -Cash & Schwab Money Market | A | Interest | J | T | | | | | |
| 12. Brokerage Account F1 Ind | | | | | | | | | |
| 13. -Fidelity cash account | A | Interest | J | T | | | | | |
| 14. -Fidelity Equity Income FEQIX | B | Dividend | L | T | Sold (part) | 10/07/13 | J | B | |
| 15. -Fidelity MN Muni Income FIMIX | A | Interest | K | T | | | | | |
| 16. Brokerage Account F2 RI15 | | | | | | | | | |
| 17. -Fidelity cash account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leung, Tony N. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Blue Chip Growth FBGRX | A | Dividend | J | T | | | | | |
| 19. -Spartan 500 Index FD Investor Class FUSVX | A | Dividend | J | T | | | | | |
| 20. -Wells Fargo Spec Tech Invt C1 WFTZX | A | Dividend | J | T | | | | | |
| 21. Brokerage Account F3 R77 | | | | | | | | | |
| 22. -Fidelity cash account | A | Interest | J | T | | | | | |
| 23. -Wells Fargo Spec Tech Invt C1 WFTZX | A | Dividend | J | T | | | | | |
| 24. Brokerage Account ▒▒▒ | | | | | | | | | |
| 25. -Fidelity cash account | A | Interest | J | T | | | | | |
| 26. -Fidelity Select Tech FSPTX | A | Dividend | J | T | | | | | |
| 27. -Wells Fargo Spec Tech Invt C1 WFTZX | A | Dividend | J | T | | | | | |
| 28. Brokerage Account ▒▒▒ | | | | | | | | | |
| 29. -Fidelity cash account | A | Interest | J | T | | | | | |
| 30. -Fidelity Equity Inc FEQIX | A | Dividend | J | T | | | | | |
| 31. -Fidelity Equity Inc FEQIX | A | Distribution | J | T | | | | | |
| 32. Brokerage Account ▒▒▒ | | | | | | | | | |
| 33. -Fidelity cash account | A | Interest | J | T | | | | | |
| 34. -Spartan 500 Index FD Investor Class FUSEX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leung, Tony N. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fidelity Magellan FMAGX | A | Dividend | J | T | | | | | |
| 36. Brokerage Account [ ] | | | | | | | | | |
| 37. -WR Advisor Vanguard A | A | Dividend | J | T | | | | | |
| 38. -WR Advisor Vanguard A | A | Distribution | J | T | | | | | |
| 39. Wells Fargo Bank Account 1 28 | A | Interest | J | T | | | | | |
| 40. Wells Fargo Bank Account 2 85 | A | Interest | J | T | | | | | |
| 41. MN State Judges Retirement Plan (NO CONTROL, pension plan) | | None | M | T | | | | | |
| 42. MN State Deferred Comp Plan TNL with MSRS | | | | | | | | | |
| 43. -Dodge & Cox Income | A | Int./Div. | K | T | | | | | |
| 44. -Vanguard Balanced Index Inst | A | Dividend | K | T | | | | | |
| 45. -Janus Twenty | A | Dividend | K | T | | | | | |
| 46. -Vanguard Inst Index Plus | A | Dividend | L | T | | | | | |
| 47. -Vanguard Mid Cap Index Inst | A | Dividend | K | T | | | | | |
| 48. -T Rowe Price Small Cap Stock | A | Dividend | K | T | | | | | |
| 49. -Fidelity Diversified Intl | A | Dividend | K | T | | | | | |
| 50. MN State Health Care Savings Plan with MSRS | | | | | | | | | |
| 51. -Bond Market Account | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leung, Tony N. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Income Share Account | A | Int./Div. | J | T | | | | | |
| 53. -Common Stock Account | A | Dividend | J | T | | | | | |
| 54. -Growth Share Account | A | Dividend | J | T | | | | | |
| 55. -International Share Account | A | Dividend | J | T | | | | | |
| 56. MN Teachers Retirement Assoc (NO CONTROL, pension plan) | | None | L | T | | | | | |
| 57. Mpls Teachers Deferred Comp VALIC | | | | | | | | | |
| 58. -Davis NY Venture A | A | Dividend | K | T | | | | | |
| 59. -Dreyfus Basic S&P 500 St | A | Dividend | K | T | | | | | |
| 60. -Dreyfus MidCap Index | A | Dividend | K | T | | | | | |
| 61. -Dreyfus Small Cap Stk Indx | A | Dividend | K | T | | | | | |
| 62. -American Funds EuroPac R4 | A | Dividend | K | T | | | | | |
| 63. -Black Rock Intl Idx Fund | A | Dividend | K | T | | | | | |
| 64. Special School Dist Plan with Great Western Retirement Ser | | | | | | | | | |
| 65. -Great-West Ariel Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 66. -Great-West Small Cap Growth Fund I | A | Dividend | J | T | | | | | |
| 67. -Alger Mid Cap Growth Portfolio I-2 | A | Dividend | J | T | | | | | |
| 68. -Great-West Ariel Midcap Value Fund I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leung, Tony N. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Great-West T Rowe Price MidCap Growth Fund I | A | Dividend | J | T | | | | | |
| 70. -Fidelity VIP Growth Portfolio | A | Dividend | J | T | | | | | |
| 71. MN State Deferred Comp Plan KRT with MSRS | | | | | | | | | |
| 72. -T Rowe Price Small Cap Stock | A | Dividend | J | T | | | | | |
| 73. -Vanguard Total Intl Stock Index | A | Dividend | J | T | | | | | |
| 74. -Vanguard Instl Index Plus | A | Dividend | J | T | | | | | |
| 75. -Vanguard Balanced Index Inst | A | Dividend | J | T | | | | | |
| 76. -Chengteh Chinaware (Thailand) Co (X) | | None | J | U | | | | | |
| 77. Zurich Medical Corp, note convertible to common stock, receivable (X) | | None | L | T | Buy | 12/15/13 | L | | |
| 78. Summit Brewing Company (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leung, Tony N. | 08/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Summit Brewing Company, Part VII, Line 78, was inadvertently omitted from my prior reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Leung, Tony N. | 07/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tony N. Leung**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104).

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544